IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MANUEL DE JESUS SANDOVAL ORELLANA, | * |
| Plaintiff | * |
| v. | * Civ. No.: MJM-25-3261 |
| NIKITA BAKER, *et al.*, | * |
| Defendants. | * |

## ORDER

For the reasons stated during the video hearing on October 6, 2025, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Amended Standing Order (ECF 3) is EXPIRED and VACATED;
2. Defendants' Motion to Dissolve the Amended Standing Order (ECF 5) is DENIED as moot;
3. Plaintiff's Request for an Order to Show Cause (ECF 7) is DENIED;
4. Plaintiff SHALL FILE any amended Petition for Writ of Habeas Corpus ("Petition") and/or any amended Motion for Preliminary Injunction ("Motion") no later than Friday, **October 10, 2025**;
5. Defendants SHALL FILE a response to any amended Petition and/or amended Motion no later than **October 17, 2025**;
6. Plaintiff SHALL FILE any reply no later than **October 20, 2025**;
7. A hearing on the Petition and Motion is scheduled for **October 22, 2025, at 2:30 p.m.**

It is so ORDERED this  7th  day of October, 2025.

/S/
_____
Matthew J. Maddox
United States District Judge