IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MANUEL DE JESUS SANDOVAL ORELLANA, | * * * * | |
| Petitioner, | * * | Civ. No.: MJM-25-3261 |
| v. | * * | |
| NIKITA BAKER, PAMELA JO BONDI, KRISTI NOEM, and TODD M. LYONS, | * * * | |
| Respondents. | * * * | |

## TEMPORARY RESTRAINING ORDER

During a remote video hearing on October 22, 2025, the Court heard oral argument concerning Petitioner's motion for injunctive relief. The Court did not find a likelihood of success on the merits of Petitioner's challenge to his detention. However, the Court found that Petitioner is likely to succeed on the merits of his constitutional challenge to any removal from the United States without the Department of Homeland Security affording him a reasonable fear interview and determination, that he is likely to suffer irreparable harm without injunctive relief, and that the balance of the equities and the public interest favor injunctive relief.

Accordingly, and for additional reasons stated during the hearing, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner's amended motion for preliminary injunctive relief (ECF 10-1) is GRANTED in part and DENIED in part;

2. Petitioner's request for release and/or a bond hearing is DENIED without prejudice;

1

3.  Respondents are TEMPORARILY RESTRAINED and ENJOINED from removing Petitioner from the United States until after a reasonable fear determination is made and communicated to Petitioner and his counsel;

4.  Respondents SHALL conduct or schedule a reasonable fear interview for Petitioner no later than November 5, 2025, with notice to Petitioner and his counsel;

5.  This Temporary Restraining Order expires on November 5, 2025, at 4:00 p.m.;

6.  The parties are directed to file a joint status report no later than November 4, 2025, regarding the status of Petitioner's reasonable fear interview;

7.  The security requirement of Fed. R. Civ. P. 65(c) shall be satisfied by Petitioner posting a nominal bond of $1.00;

8.  A remote status hearing is scheduled for **November 5, 2025, at 11:00 a.m.**

It is so ORDERED this __23rd__ day of October, 2025.

_____
Matthew J. Maddox
United States District Judge