IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MANUEL DE JESUS SANDOVAL ORELLANA, <br><br> Petitioner, <br><br> v. <br><br> NIKITA BAKER, PAMELA JO BONDI, KRISTI NOEM, and TODD M. LYONS, <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * Civ. No.: MJM-25-3261 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * *

## ORDER

For reasons stated during the remote video status conference on November 5, 2025, and in consideration of the parties' recent status reports and Respondents' motions to strike, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Respondents' motion to strike the "joint" status report filed by Petitioner (ECF 17) is GRANTED IN PART and DENIED IN PART;

2. The status report filed by Petitioner (ECF 15) is construed as Petitioner's status report and not as a "joint" status report;

3. The status report filed by Respondents (ECF 16-1) is accepted as Respondents' status report;

4. Respondents' motion to strike its email exhibit (ECF 18) is GRANTED;

1

5. The email exhibit attached to Respondents' motion to strike the "joint" status report (ECF 17-1) is STRICKEN, and the redacted version (ECF 18-1) is accepted as a replacement;

6. The provision of the Temporary Restraining Order dated October 23, 2025, restraining and enjoining Respondents from removing Petitioner from the United States until after a reasonable fear determination is made and communicated to Petitioner and his counsel, is EXTENDED to **November 19, 2025, at 4:00 p.m.**;

7. The provision of the Temporary Restraining Order requiring Respondents to schedule or conduct a reasonable fear interview is SUSPENDED;

8. Respondents shall file no later than **November 10, 2025, at 12:00 p.m.**, a response to Petitioner's motion to enforce and for an order to show cause (ECF 20) jointly with any motion for dismissal or any other appropriate relief from the petition;

9. Petitioner shall file any reply in support of his motion jointly with a response to Respondents' motion no later than **November 14, 2025, at 12:00 p.m.**;

10. Respondents may file a reply in support of their motion no later than **November 17, 2025, at 12:00 p.m.**;

11. Counsel for each party shall promptly notify counsel for the opposing party and the Court if they become aware that a reasonable fear interview of Petitioner has been scheduled or conducted;

12. A remote hearing is scheduled for **November 19, 2025, at 11:00 a.m.**.

It is so ORDERED this __5th__ day of November, 2025.

/S/
Matthew J. Maddox
United States District Judge