IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MANUEL DE JESUS SANDOVAL ORELLANA, | * |
| Petitioner | * |
| v. | * Civ. No.: MJM-25-3261 |
| NIKITA BAKER, *et al.*, | * |
| Respondents. | * |

## ORDER

For the reasons stated during the remote video hearing on November 19, 2025, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Amended Petition (ECF 10) is DENIED as moot;

2. Petitioner's motions to enforce (ECF 20 & 24) are DENIED as moot;

3. Petitioner's motions to impose sanctions (ECF 20 & 24) are DENIED;

4. Respondent's motion to dismiss parties (ECF 23) is DENIED as moot; and

5. The Clerk SHALL CLOSE this case.

It is so ORDERED this  19th  day of November, 2025.

_____
Matthew J. Maddox
United States District Judge